IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH D. DILLEY, | ) | 4:08CV3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM** |
| UNITED STATES OF AMERICA, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

Counsel have advised me that Mark E. Mailliard, M.D. may be a witness in this case. Dr. Mailliard is my brother-in-law. Accordingly, a reasonable person might question my objectivity. Indeed, I question my objectivity.[1]  Therefore,

IT IS ORDERED that I recuse myself from this case and request Chief Judge Bataillon to reassign it.

November 6, 2008.          BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge

---

[1] I am presently looking after Dr. Mailliard's loveable but rotund dog, Pita.