IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH D. DILLEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3005 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In a letter to the court dated today, the parties have requested additional time to report to the court on the subject of mediation.

IT THEREFORE HEREBY IS ORDERED, the request is granted and the parties are given until March 31, 2009 in which to make the mediation report required by paragraph 10 of the progression order, filing no. 20.

DATED this 13th day of January, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge