IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENNETH D. DILLEY,                  )
                                    )
            Plaintiff,              )          4:08CV3005
                                    )
       v.                           )
                                    )
UNITED STATES OF AMERICA,           )              ORDER
                                    )
            Defendant.              )
                                    )

        IT IS ORDERED:

        Plaintiff's Motion for Enlargement of Time to File Motion

for Partial Summary Judgment, filing no. 49, is granted.  The

Motion for Partial Summary Judgment (filing no. 51) is deemed

timely filed.

        DATED this 12th day of June, 2009.

                          BY THE COURT:

                          s/ *Richard G. Kopf*
                          In the Absence of David L. Piester
                          United States Magistrate Judge