IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASES TO | ) | No. 2009-05 |
| THE HONORABLE WILLIAM J. RILEY | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon, and Circuit Judge William J. Riley,

IT IS ORDERED:

1. Effective immediately, the following case is reassigned from Judge Bataillon to Judge Riley for the purposes of trial:

    **4:08CV3005   Kenneth D. Dilley v. USA**

2. Judge Riley will handle all pending motions, including the Motion for Partial Summary Judgment, Filing No. 51, and the trial in this case. The parties are instructed to contact the office of Judge Riley for trial preparation requirements.

3. The magistrate judge assignments will remain unchanged.

DATED 29th day of June, 2009.

BY THE COURT:

s/Joseph F. Bataillon
Chief Judge