IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH D. DILLEY, | ) | CASE NO. 4:08CV3005 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **AMENDED ORDER** |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

The Final Pretrial Conference is rescheduled and will be held in chambers before the undersigned presiding judge on **July 23, 2009**, at **4:00 p.m.** (CDT), Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Suite 4303, Omaha, Nebraska.

DATED this 7th day of July, 2009.

BY THE COURT:

/s/ William Jay Riley
United States Circuit Judge
Sitting by Designation