IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH D. DILLEY, | ) | CASE NO. 4:08CV3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The parties in the above titled case have advised the court that they have reached a settlement. The parties have requested six weeks in which to complete and file the necessary settlement documents. The court finds the six week delay is reasonable and necessary.

    IT IS THEREFORE ORDERED that the parties have until September 4, 2009, in which to submit all required settlement documents.

    DATED this 24th day of July, 2009.

BY THE COURT:

/s/ William Jay Riley
United States Circuit Judge,
Sitting by Designation