IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH D. DILLEY, | ) | CASE NO. 4:08CV3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came on for determination upon the Stipulation for Dismissal of the parties that the case be dismissed with prejudice (Filing #71), each party to bear their own costs. The court, being fully advised in the premises, finds that such an order should issue.

IT IS THEREFORE ORDERED this case is dismissed with prejudice, each party to bear their own costs.

DATED this 28th day of August, 2009.

BY THE COURT:

/s/ William Jay Riley
United States Circuit Judge
Sitting by Designation